**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DANIEL MARES PEREZ,  )   NO. ED CV 11-633-DSF(E)
                     )
          Petitioner,)
                     )
     v.              )   JUDGMENT
                     )
JOHN MARSHALL,       )
                     )
          Respondent.)
_____)

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: 5/6/11

_____
        DALE S. FISCHER
   UNITED STATES DISTRICT JUDGE